SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, California 94111
Telephone:    (415) 972-8160
Facsimile:    (415) 972-8166
Email: skupfer@glancylaw.com

MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Jerry L. Weeks*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY L. WEEKS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION; G. KENNEDY THOMPSON; THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>Defendants. | Civil Action No. 08 CV 3808 (JSW)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><br>Hon. Jeffrey S. White |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action without prejudice.[1]  An action substantially similar to this action, captioned *Lipetz v. Wachovia Corp.*, 08 Civ. 6171 (S.D.N.Y. filed July 7, 2008), is pending in the Southern District of New York.  Defendants have not answered the complaint or filed a motion for summary judgment in this action.

Dated: August 13, 2008                          **GLANCY BINKOW & GOLDBERG LLP**

                                            By:       ***/s/ Michael Goldberg***
                                                Michael Goldberg (#188669)
                                                1801 Avenue of the Stars, Suite 311
                                                Los Angeles, CA 90067
                                                Telephone: (310) 201-9150
                                                Facsimile: (310) 201-9160
                                                Email: info@glancylaw.com

                                                Susan G. Kupfer (#141724)
                                                One Embarcadero Center, Suite 760
                                                San Francisco, CA   94111
                                                Tel:     (415) 972 - 8160
                                                Fax:    (415) 972 - 8166
                                                E-mail: skupfer@glancylaw.com

                                                *Attorneys for Plaintiff Jerry L. Weeks*

---

[1] Since no class has been certified in this case, no court approval for dismissal is required. 5-23 Moore's Federal Practice - Civil § 23.160 ("The court's powers and obligations to review and approve settlements or dismissals apply only to classes that have been certified."). Rule 23(e) was amended in 2003 and now reads, in pertinent part, "the court must approve any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses *of a certified class*." Fed. R. Civ. P. 23(e)(1)(A) (emphasis added).  The Advisory Committee Notes to the amendment confirm this change to the Rule: "Rule 23(e)(1)(A) resolves the ambiguity in former Rule 23(e)'s reference to dismissal or compromise of 'a class action.' The new rule requires approval only if the claims, issues, or defenses *of a certified class* are resolved by a settlement, voluntary dismissal, or compromise." Advisory Committee Notes to 2003 Amendment to Rule 23 (emphasis added).

1
2    **PROOF OF SERVICE BY ELECTRONIC POSTING**
     **PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND**
3    **ECF GENERAL ORDER NO. 45**
     **AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**
4
5    I, the undersigned, say:
6
7    I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.
8
9    On August 13, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:
10
11   1.   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
12
13   on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:
14
15   **SEE SERVICE LIST**
16
     Executed on August 13, 2008, at Los Angeles, California.
17
     I certify under penalty of perjury that the foregoing is true and correct.
18
19
                    *S/Daniel C. Rann*
20                  Daniel C. Rann
21
22
23
24
25
26
27
28

PROOF OF SERVICE

Page 1

## SERVICE LIST

**FOR PLAINTIFFS**

Ira M. Press
Kirby McInerney, LLP
825 Third Ave, 16th Floor
New York, NY 10022
Telephone: (212) 317-2300 Ext. 213
Facsimile: (212) 751-2540

Nicole Catherine Lavallee
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street
Suite 2100
San Francisco , CA 94010
415-433-3200
Fax: 415-433-6382
Email: nlavallee@bermanesq.com

Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York , NY 10005
(212) 907-0877
Fax: (212) 883-7077
Email: aellman@labaton.com

Andrei V. Rado
Labaton SucharowLLP
140 Broadway
New York , NY 10005
212-907-0700
Email: arado@labaton.com

Christopher J. Keller
Labaton Sucharow LLP
140 Broadway
New York , NY 10005
212-907-0700
Fax: 212-883-7053
Email: ckeller@labaton.com

Joseph J. Tabacco , Jr.

Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street
Suite 2100
San Francisco , CA 94010
415-433-3200
Fax: 415-433-6382
Email: jtabacco@bermanesq.com

Julie Juhyun Bai
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street
Suite 2100
San Francisco , CA 94010
415-433-3200 x241
Fax: 415-433-6382
Email: jbai@bermanesq.com

**FOR DEFENDANTS**

MUNGER, TOLLES & OLSON LLP
By: /s/ Robert L. Dell Angelo
ROBERT L. DELL ANGELO
Marc T.G. Dworsky
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9540
Facsimile: (213) 683-4040